Lester McDANIEL, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 2012–3049.

United States Court of Appeals, Federal Circuit.

Jan. 28, 2013.

Jeffrey H. Jacobson, Jacobson Law Firm, of Tucson, AR, argued for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davision, Director, and Martin F. Hockey, Assistant Director.

NEWMAN, BRYSON, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.